IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:24-cr-125-ECM-KFP |
| ) | |
| KYLE BENJAMIN DOUGLAS CALVERT ) | |

RESPONSE TO REQUEST FOR PROTECTIVE ORDER

Defendant, through undersigned counsel, responds to the request for entry of the protective order as follows:

The parties have discussed the proposed protective order. *See* Doc. 6-1. Defendant requested one modification to the proposed protective order, which the government agreed to. The new proposed protective order is attached to this memorandum and is agreeable to both parties.

The parties therefore ask that the Court enter the attached proposed protective order expeditiously, at which time the government has represented it will start providing Defendant discovery in this case.

Respectfully submitted this 11th day of April, 2024.

/s/Samuel Brooke
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | CASE NO. 2:24-cr-125-ECM-KFP |
| ) | |
| KYLE BENJAMIN DOUGLAS CALVERT ) | |

CERTIFICATE OF SERVICE

I hereby certify that on April 11, 2024, I filed the foregoing with the Court's electronic filing system which served a copy on all parties.

Respectfully submitted,

/s/Samuel Brooke
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B