IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) CASE NO. 2:24-CR-125-ECM |
| | ) |
| KYLE BENJAMIN DOUGLAS CALVERT | ) |

## **ORDER**

A detention hearing and an arraignment hearing are set for **April 17, 2024, at 9:00 a.m. in Courtroom 5A**. Pending this hearing, the defendant will be held in custody of the U. S. Marshal and produced for the hearing.

The Clerk is DIRECTED to provide a court reporter for this proceeding.

DONE this 12th day of April, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE