IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>v.   )   CASE NO. 2:24-cr-125-ECM-KFP<br>)<br>KYLE BENJAMIN DOUGLAS CALVERT  ) | |

### WAIVER OF DETENTION HEARING

**COMES NOW** the Defendant, **KYLE BENJAMIN DOUGLAS CALVERT**, through Undersigned Counsel, Samuel Brooke, and after consulting with his attorney, hereby waives his right to a detention hearing which is scheduled to commence at 9:00 AM on April 17, 2024. Defendant expressly reserves the right to reopen the detention hearing at a later time as circumstances dictate.

**WHEREFORE**, the Defendant moves this Court for an Order cancelling the detention hearing presently set for April 17, 2024.[1]

Dated this 12th day of April, 2024.

                                            Respectfully submitted,

                                            */s/Samuel Brooke*
                                            **Samuel Brooke**
                                            Assistant Federal Defender
                                            817 South Court Street
                                            Montgomery, Alabama 36104
                                            Phone: (334) 834-2099
                                            Fax: (334) 834-0353
                                            E-mail: samuel_brooke@fd.org
                                            Bar No. ASB-1172-L60B

---

[1] Defendant notes that the Arraignment set for April 17, 2024, at 9:00 AM should proceed.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-cr-125-ECM-KFP |
| | ) | |
| **KYLE BENJAMIN DOUGLAS CALVERT** | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on April 12, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

Respectfully submitted,

*/s/Samuel Brooke*
**Samuel Brooke**
Assistant Federal Defender
817 South Court Street
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: samuel_brooke@fd.org
Bar No. ASB-1172-L60B