IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CASE NO. 2:24-CR-125-ECM-KFP |
| | ) | |
| KYLE BENJAMIN DOUGLAS CALVERT | ) | |

## ORDER

On April 12, 2024, Defendant Kyle Benjamin Douglas Calvert filed notice that he wishes, after consultation with counsel, to waive his right to a detention hearing. Doc. 15. Considering Defendant's consent to be detained and waiver of the hearing, it is ORDERED as follows:

1. The detention hearing set for April 17, 2024, is CANCELLED.

2. The Government's Motion for Detention (Doc. 4) is GRANTED.

3. Defendant's arraignment remains set for April 17, 2024, at 9:00 a.m.

The defendant shall be detained pending final resolution of the charges against him or further order of the court and is committed to the custody of the Attorney General or his designated representative for confinement in a corrections facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal. The defendant shall be afforded a reasonable opportunity for private consultation with defense counsel.

DONE this 12th day of April, 2024.

/s/ Kelly Fitzgerald Pate
KELLY FITZGERALD PATE
UNITED STATES MAGISTRATE JUDGE